IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| In Re:<br>**DIANNA SUE SCOGGINS**<br>**MICHAEL SHANNON SCOGGINS**<br><br>**Debtors.** | **Bankruptcy No. 21-41096BEM**<br><br>**Chapter 7** |

## NOTICE OF INTENT TO ABANDON PROPERTY

NOTICE IS HEREBY given that the Trustee, THOMAS D. RICHARDSON, intends to abandon the below described property and any objections to the abandonment must be filed on or before fourteen (14) days from the date of the mailing of this Notice as shown on the Certificate of Service below. Said objections should state specifically why the property should not be abandoned. Unless a timely objection is filed and a hearing requested, no hearing will be held and the abandonment shall take place and be effective on the date following the period herein described for filing objections without further action by the trustee.

1. 2010 Ford Fusion
2. 2011 Nissan Altima
3. 2002 Ford Ranger

Date: December 21, 2021

s/Thomas D. Richardson
Thomas D. Richardson
Chapter 7 Trustee
P.O. Box 5007
Rome, GA 30162-5007
(706) 291-8853

846031

# CERTIFICATE OF SERVICE

I, THOMAS D. RICHARDSON, of Brinson, Askew, Berry, Seigler, Richardson & Davis, LLP, do hereby certify that I am Trustee in bankruptcy for the estate of Dianna Sue Scoggins and Michael Shannon Scoggins, and that I have this day served a copy of the within and foregoing Notice of Proposed Abandonment or Disposition of Property by U. S. Mail in properly addressed postage pre-paid envelopes as follows:

Dianna Sue Scoggins
3257 Maple Grove Church Road
Resaca, GA 30735-5073

Michael Shannon Scoggins
3257 Maple Grove Church Road
Resaca, GA 30735-5073

Dan Saeger
Saeger & Associates, LLC
Suite D
706 S. Thornton Ave.
Dalton, GA 30720

U. S. Department of Justice
Offices of the United States Trustee
362 Richard Russell Building
75 Ted Turner Dr., S.W.
Atlanta, Georgia 30303

This 21st day of December, 2021.

BRINSON, ASKEW, BERRY,
SEIGLER, RICHARDSON & DAVIS, LLP

s/Thomas D. Richardson
Thomas D. Richardson
Georgia Bar No. 604313
Attorneys for Trustee in bankruptcy for the
estate of Dianna Sue Scoggins and Michael
Shannon Scoggins

846031